# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-222-Orl-18KRS

**ALEC SCHULTZ**

## ORDER ON REVOCATION OF SUPERVISED RELEASE
## AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed January 22, 2009 (Doc. No. 63), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge Karla R. Spaulding on January 27, 2010 and subsequently, a Report and Recommendation (Doc. No. 81) was entered by Magistrate Judge Karla R. Spaulding on January 27, 2010.

The defendant appeared before this Court on May 24, 2010, with counsel, James W. Smith, III and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 81) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that Defendant's supervised release is not Revoked. Pursuant to the stipulation of the parties and the Court's exercise of its discretion, the terms of Defendant's supervised release are Modified to provide that defendant enroll and participate in and successfully complete the Veteran's Administration Domiciliary Program. Defendant is to comply with the rules of the program which lasts up to twenty-four months. All other terms and conditions of Defendant's supervised release shall remain in full force and effect. Defendant is to be released from custody to a representative of the Veteran's Administration on May 25, 2010.

The Judgment at Document No. 55 remains unaltered and in effect except as amended herewith.

**DONE** and **ORDERED** at Orlando, Florida this 24 day of May, 2010.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
*Coun*sel for Defendant
Alec Schultz